IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ANDREW A. FRANCH AND HANNAH SUN-HYUN KIM,** *individually and as Trustee of the Andrew A. Franch Living Trust*, <br><br> Plaintiffs, <br><br> v. <br><br> **HP LOCATE, LLC**, *a Texas Limited Liability Company*; **HP LOCATE, LLC**, *a Texas Limited Liability Company d/b/a HP Debt Exchange, LLC*; **AND HP DEBT EXCHANGE, LLC**, *a Texas Limited Liability Company*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § Civil Action No. **3:14-CV-3247-L** |

## **ORDER**

On January 19, 2017, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant the Application of Plaintiffs for Turnover Relief Against Judgment Defendants HP Locate, LLC D/B/A HP Debt Exchange, LLC, and HP Debt Exchange, LLC (Doc. 68). No objections were filed to the Report.

Having reviewed the Application, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** the Application of Plaintiffs for Turnover Relief Against Judgment Defendants HP Locate, LLC D/B/A HP Debt Exchange, LLC, and HP Debt Exchange, LLC (Doc. 68) and **orders** Defendants to turnover by **March 7, 2017**, the following property interests to Plaintiffs: (1) any and all currently pending claims of Defendants in the

arbitration proceeding *HP Debt Exchange, LLC v. Wells Fargo Bank, N.A. and Absolute Resolutions Corp.*, AAA NY Arbitration No. 13-148-Y-01774-1201 RERK-C, up to the amount of Plaintiffs' judgment in this case plus accrued interest; (2) any monies recovered by Defendants as a result of the aforementioned arbitration proceeding, to the extent such monies are still in their possession and control, up to the amount of Plaintiffs' judgment in this case plus accrued interest; (3) all documents and records in Defendants' possession or control relevant to the pending arbitration proceeding, including the execution of a confidentiality waiver allowing Plaintiffs to intervene in the proceeding.

**It is so ordered** this 7th day of February, 2017.

Sam A. Lindsay
United States District Judge